**Denied and Opinion Filed December 20, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01599-CV

## IN RE MICHAEL RAMBERANSINGH, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Relator contends the trial court abused its discretion with regard to its Order on Motion to Revoke Suspended Commitment and Order for Warrant and Interlocutory Order on Motion for Enforcement and Order for Capias and Setting of Bond. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

131599F.P05

/Lana Myers/
LANA MYERS
JUSTICE